# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL CLARKE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3749

[March 8, 2018]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 04-004679CF10A.

Michael Clarke, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***